IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR79 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVID T. MARK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals vacating the special condition of supervised release prohibiting access to online computer programs and remanding this case to the district court for further proceedings,

IT IS ORDERED that counsel for defendant shall notify the court approximately 30 days before defendant's release from the Bureau of Prisons, to obtain a hearing date before the undersigned regarding the special conditions of defendant's supervised release.

DATED this 22nd day of November, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge